# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*,<br><br>          Debtors.[1] | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital and St. Christopher's Healthcare, LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>Siemens Industry, Inc., Siemens Healthcare Diagnostics, Inc., and Siemens Medical Solutions USA, Inc.,<br><br>          Defendants. | Adversary No. 21-50987 (MFW) |

## STIPULATION EXTENDING TIME

Debtors Center City Healthcare, LLC d/b/a Hahnemann University Hospital and St. Christopher's Healthcare, LLC ("Plaintiffs") and Siemens Industry, Inc. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

WHEREAS, on June 28, 2021, Plaintiffs filed their complaint (A.D.I. 1) (the "Complaint") against Defendant, initiating the above-captioned adversary proceeding (the "Adversary Proceeding").

WHEREAS, pursuant to the *Order Establishing Streamlined Procedures Governing Adversary Proceedings* (A.D.I. 9) ("Order"), the deadline for Defendant to answer, move or otherwise respond to the Complaint is October 15, 2021.

WHEREAS, in accordance with the Order and Rule 7012-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Parties have agreed to extend the time for Defendant to answer, move or otherwise respond to the Complaint through and including November 8, 2021.

THEREFORE, in consideration of the foregoing, and pursuant to the Order and Local Rule 7012-2, the Parties hereby stipulate and agree that:

1. Defendant shall have through and including November 8, 2021, to answer, move or otherwise respond to the Complaint.

2. Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

3. The Court shall retain jurisdiction with respect to the enforcement, implementation and interpretation of this stipulation.

*(Remainder of page intentionally left blank)*

<div style="display: flex;">

<div style="width: 50%;">

Dated: As of October 15, 2021

**HILLER LAW, LLC**

<u>*/s/ Adam Hiller*</u>
Adam Hiller, Esq.
Hiller Law, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, DE 19801
Telephone No: (302)442-7677
ahiller@adamhillerlaw.com

*Counsel to Defendant
Siemens Industry, Inc.*

</div>

<div style="width: 50%;">

Dated: As of October 15, 2021

**KLEHR HARRISON HARVEY BRANZBURG LLP**

<u>*/s/ Sally E. Veghte*</u>
Domenic E. Pacitti (No. 3989)
Michael W. Yurkewicz (No. 4165)
Sally E. Veghte (No. 4762)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
dpacitti@klehr.com
myurkewicz@klehr.com
sveghte@klehr.com

*Counsel to Plaintiffs, Center City Healthcare, LLC d/b/a Hahnemann University Hospital and St. Christopher's Healthcare, LLC*

</div>

</div>